

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 19, 2023

VIA ECF

Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

   Re:  *Kantamneni v. U.S. Dep't of Homeland Security*, 23 Civ. 6453 (PGG)

Dear Judge Gardephe:

  This Office represents the government in this action in which Plaintiff seeks relief in connection with U.S. Citizenship and Immigration Services's ("USCIS's") revocation of the H-1B cap-subject petition filed on Plaintiff's behalf by his prior employer. On behalf of the government, I write respectfully to request a thirty-day extension of time to respond to the complaint, *i.e.*, from October 23 to November 22, 2023).  In addition, I respectfully request that the initial pretrial conference presently scheduled for November 2, 2023, be adjourned to a day during the week of December 4, 2023, or thereafter, with a corresponding extension of the deadline for the preconference submissions.  *See* ECF No. 6.

  The reason for this request is that the undersigned has not completed discussions with USCIS and otherwise requires additional time to review its litigation position. This is the government's first request for an extension of the deadline to respond to the complaint and an adjournment of the initial pretrial conference.  Plaintiff consents to this request.

  I thank the Court for its consideration of this letter.

**MEMO ENDORSED:**

The Application is granted.  The Government will answer or otherwise move with respect to the Complaint by November 22, 2023.  The initial conference scheduled for November 2, 2023, is adjourned to **December 7, 2023, at 11:00 a.m.**

SO ORDERED.

*/s/ Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Date: October 23, 2023

  Respectfully submitted,

  DAMIAN WILLIAMS
  United States Attorney

By:  s/ *Joseph A. Pantoja*
  JOSEPH A. PANTOJA
  Assistant United States Attorney
  86 Chambers Street, 3rd Floor
  New York, New York 10007
  Telephone: (212) 637-2785
  E-mail: joseph.pantoja@usdoj.gov
  *Attorney for Defendant*

cc: Counsel of record (via ECF)