UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DASARADH KANTAMNENI,

                    Plaintiff,

          - against -

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

                    Defendant.

**ORDER**

23 Civ. 6453 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

          The Government seeks leave to file a motion to dismiss Plaintiff's claims.  (See Def. Ltr. (Dkt. No. 19))  Briefing concerning Defendant's motion to dismiss will proceed on the following schedule:

          (1)     Defendant's motion is due by **December 19, 2023.**

          (2)     Plaintiff's opposition is due by **January 9, 2024.**

          (3)     Defendant's reply, if any, is due by **January 16, 2024.**

Under Rule IV(C) of this Court's individual rules, the "bundling rule," parties may not file motions electronically on ECF until the motion is fully briefed.

          The conference scheduled for December 7, 2023, is adjourned sine die.

Dated: New York, New York
          November 28, 2023

                                        SO ORDERED.

                                        Paul G. Gardephe
                                        United States District Judge