

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 14, 2023

VIA ECF
Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

**MEMO ENDORSED:** The Application is granted. Under Rule IV(C) of this Court's Individual Rules of Practice in Civil Cases -- the "bundling rule" – the parties may not file motions electronically on ECF until the motion is fully briefed.

SO ORDERED.

*[signature]*
_____
Paul G. Gardephe
United States District Judge
Date: December 15, 2023

Re: *Kantamneni v. U.S. Dep't of Homeland Security*, 23 Civ. 6453 (PGG)

Dear Judge Gardephe:

This Office represents the defendant in this action in which Plaintiff seeks relief in connection with U.S. Citizenship and Immigration Services's ("USCIS") revocation of the H-1B cap-subject petition filed on Plaintiff Dasaradh Kantemneni's ("Plaintiff") behalf by his prior employer. On November 28, 2023, the Court entered a scheduling order directing defendant to file its motion to dismiss by December 19, 2023, with plaintiff's opposition memorandum due by January 9, 2024, and defendant's reply due by January 16, 2024. ECF No. 21.

On behalf of the government, I write respectfully to request a thirty-day extension of defendant's deadline to file its motion from December 19, 2023, to January 18, 2024, with a corresponding extension of time for plaintiff's opposition memorandum from January 9 to February 8, and for defendant's reply from January 16, 2024, to February 15, 2024. The extension is necessary because the government needs more time to prepare its motion, including an agency declaration, and due to upcoming vacation and holiday schedules, including of the undersigned. This is the government's first request for an extension of the briefing schedule. Plaintiff's counsel has not yet responded to my email inquiring whether Plaintiff consents.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/ *Joseph A. Pantoja*
JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2785
E-mail: joseph.pantoja@usdoj.gov
*Attorney for Defendant*

cc: Counsel of record (via ECF)