UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DASARADH KANTAMNENI,

                Plaintiff,

-against-                              23 **CIVIL** 6453 (PGG)

## JUDGMENT

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2025, Defendant's motion to dismiss is granted. Dismissal is without prejudice. Leave to amend is denied; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2025

                                                      **TAMMI M. HELLWIG**

                                                        **Clerk of Court**

                         **BY:**

                                                        **Deputy Clerk**